# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| KAREEM ABDUL JOHNSON | CIVIL ACTION NO. 22-5803-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER VICTORY, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against Judge Christopher Victory and the First Judicial District Court, Parish of Caddo are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief may be granted pursuant to pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's claims seeking his release are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim for which relief may be granted pursuant to Section 1983.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 6th day of March, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE